UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILAH MONIQUE MCCRAY,<br><br>Plaintiff,<br><br>v.<br><br>MARY McDUFFIE, CEO of Navy Federal Credit Union,<br><br>Defendant. | No.  2:22-cv-0803-TLN-CKD PS<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

     Plaintiff proceeds without counsel in this action initiated on May 12, 2022. This matter was referred to the undersigned by Local Rule 302(c)(21) pursuant to 28 U.S.C. § 636(b).

     By order signed on May 27, 2022, the undersigned screened plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915(e), determined it did not state a claim, and dismissed the first amended complaint with leave to amend. (ECF No. 9.) Plaintiff was granted 30 days to file a further amended complaint. In that order, plaintiff was warned that failure to file an amended complaint would result in a recommendation that this action be dismissed. The time granted for plaintiff to file an amended complaint has expired and plaintiff has not filed an amended complaint, sought an extension of time to do so, or otherwise responded to the court's order.

////

Accordingly, for the reasons set forth above, and, in addition, for the reasons set forth in the order dated May 27, 2022 (ECF No. 9), IT IS HEREBY RECOMMENDED:

1. This action be dismissed for failure to state a claim and failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b); and

2. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 27, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.McCray22cv803.fta